■ In the Matter of H. BRIAN WALKER et al., Appellants, v SANDBERG & SIKORSKI CORPORATION et al., Respondents. [999 NYS2d 746]—Order, Supreme Court, New York County (Barbara Jaffe, J.), entered July 12, 2013, which denied petitioners' motion to compel respondents to more fully comply with an order, same court and Justice, entered May 27, 2011, granting petitioners' motion for pre-action discovery, unanimously affirmed, without costs.

Because petitioners already possess sufficient information to file a complaint asserting defamation, they are not entitled to further pre-action discovery under CPLR 3102 (c) (*see Matter of Verdon v New York City Tr. Auth.*, 92 AD2d 465 [1st Dept 1983]). Concur—Sweeny, J.P., Renwick, Moskowitz, Feinman and Kapnick, JJ.